IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
                                )
        vs.                     ) Criminal No. 13-25
                                )
EUGENE WRIGHT,                  )
        Defendant.              )

ORDER

AND NOW, this 3rd day of April, 2013, upon consideration of defendant's Motion to Order Partial Pre-Sentence Report and Extension of Time to File Pretrial Motions [document #22], IT IS HEREBY ORDERED that the motion is GRANTED. The United States Probation Office is directed to conduct a pre-guilt investigation, limited to a determination of defendant's advisory sentencing guideline range. This pre-plea pre-sentence report shall be made available to the parties and a copy provided to the Court on or before June 3, 2013.

IT IS FURTHER ORDERED that the period of time to file any pretrial motions referred to in Local Criminal Rule 12.1 shall be extended to June 13, 2013.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), the period of time from the date of this order to June 13, 2013 shall be deemed excludable delay under the Speedy Trial Act. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(A), since, for the reasons stated in defendant's motion, the failure to grant such continuance would deny counsel for the defendant reasonable time necessary

for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

BY THE COURT:

<u>s/Gary L. Lancaster</u>    ,C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record
    U.S. Probation